IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH JAMES PEREZ,

      Petitioner,                             No. CIV S-09-0659 KJM P

    vs.

M. MARTEL,

      Respondent.                            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is the only party to the proceeding at this time. He has paid the filing fee and consented to magistrate judge jurisdiction. Under Rule 4 of the Rules Governing Section 2254 Cases, the court must conduct a preliminary review of any habeas petition and determine whether it is plain that the habeas petitioner is not entitled to relief. If so, the habeas petition must be dismissed.

        An application for writ of habeas corpus can only be granted under 28 U.S.C. § 2254 based upon an allegation that the petitioner is in custody in violation of the Constitution or other federal law. 28 U.S.C. §2254(a). Petitioner does not challenge the fact that he is in custody or the duration of his confinement. Instead, he takes issue with a state court finding that he failed to exhaust administrative remedies as to a prison disciplinary proceeding challenge.

1

See Pet. at 1-21.[1] Because this court has no basis upon which to grant petitioner relief under 28 U.S.C. §2254, this action must be dismissed.[2]

Accordingly, IT IS HEREBY ORDERED that petitioner's application for writ of habeas corpus under 28 U.S.C. §2254 is dismissed.

DATED: May 4, 2009.

_____
U.S. MAGISTRATE JUDGE

1
pere0659.dis

---

[1] References to page numbers are to the numbers assigned by the court's electronic docketing system.

[2] Even if it is petitioner's intent to challenge a loss of good conduct credit resulting from the prison disciplinary proceeding mentioned above, nothing suggests petitioner has exhausted state court remedies with respect to such a challenge as required by 28 U.S.C. § 2254(b)(1) before a petition may proceed in federal court. See Pet. at 90-125.